THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* GEORGE CLARK et al., Respondents.

*People* v. *McKenna,* 62 App. Div. 327, appeal dismissed.
(Argued November 12, 1901; decided November 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 21, 1901, which reversed an order of Special Term denying a motion to vacate a judgment entered upon a forfeited recognizance and to set aside an execution issued thereon and granted such motion.

*Eugene A. Philbin, District Attorney (Charles E. Le Barbier* and *Charles A. Skidmore* of counsel), for appellant.

*Robert C. Taylor* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.